

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2016

No. 04-16-00794-CR

The State of **TEXAS,**
Appellant

v.

Michael **REISING,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1601-CR-B
Honorable William Old, Judge Presiding

## O R D E R

    Patricia M. Wagner's notification of late record is hereby granted. The reporter's record is due on January 16. 2017.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court